**Lent Christopher CARR, II,**
**Petitioner–Appellant,**

v.

**Tracy W. JOHNS, Respondent–Appellee.**

No. 07–7735.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 27, 2008.

Decided: April 3, 2008.

Lent Christopher Carr, II, Appellant Pro Se.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lent Christopher Carr, II, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carr v. Johns*, No. 5:07–hc–02153–H (E.D.N.C. Nov. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*